In the Matter of the Accounting of MANUFACTURERS TRUST COMPANY, as Substituted Trustee under the Will of GERTRUDE S. BAXTER, Deceased, Appellant. JOHN P. O'BRIEN, as Special Guardian of JOHN W. SCULLY, an Infant, et al., Respondents.

Argued October 5, 1937; decided October 19, 1937.

*Leonard G. Bisco* and *William J. Granger* for appellant.
*John P. O'Brien*, as special guardian, respondent.

Order affirmed, with costs; no opinion.

Concur: O'BRIEN, LOUGHRAN, FINCH and RIPPEY, JJ.
Dissenting: LEHMAN and HUBBS, JJ. Taking no part:
CRANE, Ch. J.